1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH,<br><br>           Plaintiff,<br><br>    v.<br><br>CDC CORCORAN STATE PRISON,<br><br>           Defendants. | Case No.: 1:14-cv-00805-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br>(ECF No. 2) |

   Plaintiff, a former prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 27, 2014.  Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the form application was not complete.  In his application, Plaintiff failed to indicate whether or not he was currently employed.  Additionally, although Plaintiff indicated that he received money from rent payments, interest or dividends, he failed to state the amount received and what he expected to continue to receive.

   Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached non-prisoner application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
2. No action in this case will be taken  until Plaintiff files his completed application or paid the filing fee;

1

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **June 17, 2014**                     /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

2