# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH,<br><br>         Plaintiff,<br><br>   vs.<br><br>CDC CORCORAN STATE PRISON,<br><br>         Defendants. | 1:14-cv-00805-BAM (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF Nos. 2, 6) |

Plaintiff, a former state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 27, 2014.  Plaintiff filed an application to proceed in forma pauperis.  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **September 4, 2014**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

1