# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CDC CORCORAN STATE PRISON,<br><br>    Defendant. | 1:14-cv-00805-BAM (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 11) |

Plaintiff Kenneth Ardell Smith ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on May 27, 2014. Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.)

On January 14, 2015, the Court dismissed Plaintiff's complaint with leave to amend within thirty days after service. 28 U.S.C. § 1915A. Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and failure to state a claim.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

1  Accordingly, pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED based
2  on Plaintiff's failure to state any claims upon which relief may be granted and for failure to obey
3  a court order.  All pending motions, if any, are terminated.

5  IT IS SO ORDERED.

6  Dated:   **March 2, 2015**                         /s/ *Barbara A. McAuliffe*
7                                                                        UNITED STATES MAGISTRATE JUDGE